UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 2:14CR189 |
| Plaintiff | : | |
| | : | JUDGE Watson |
| v. | : | |
| | : | 18 U.S.C. §1001 (Count 1) |
| CYNTHIA S. MILD | : | False Statements |
| Defendant | : | |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**

That on or about August 18, 2006, in the Southern District of Ohio, defendant CYNTHIA S. MILD, did willfully and knowingly make and cause to be made a materially false, fictitious and fraudulent statement and representation in a manner within the jurisdiction of a department or agency of the United States, by signing and executing a Department of Housing and Urban Development Form HUD-1 representing that the purchaser of a property owned by CYNTHIA S. MILD and located at 2034 Rankin, Columbus, Ohio was providing a $10,336.08 down payment in order to purchase the property. The statements and representations were false because, as CYNTHIA S. MILD then and there knew and understood, CYNTHIA S. MILD provided the $10,336.08 in funds for the purchaser's down payment, in order to facilitate the sale of the property and achieve a profit of $28,576.01 to CYNTHIA S. MILD.

In violation of 18 U.S.C. § 1001.

CARTER M. STEWART
UNITED STATES ATTORNEY

BRENDA SHOEMAKER
FINANCIAL CRIMES CHIEF