IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                     :        No. 2:14CR189
                                                                 JUDGE Watson

CYNTHIA S. MILD

### GOVERNMENT'S PLEA AGREEMENT SUBMISSION
### OF ELEMENTS AND PENALTIES FOR
### 18 U.S.C. §1001

#### 1.    ELEMENTS:  18 U.S.C. §1001

First:        That the defendant knowingly made a false statement or representation in
              relation to a matter within the jurisdiction of a department or agency of the
              United States; in this case, the Department of Housing and Urban
              Development;

Second:       That the false statement related to a material matter;

Third:        That the defendant acted wilfully and with knowledge of the falsity; and

Fourth:       That the act occurred within the Southern District of Ohio at or about the date
              set forth in the Information.

#### 2.    PENALTIES

A.    Mandatory Minimum:          None

B.    Possible Maximum:           5 years imprisonment, $250,000 fine; $100 special
                                  assessment, 1 year supervised release, and restitution.


                              Respectfully submitted,

                              CARTER M. STEWART
                              United States Attorney

                              s/Laura M. Fulton
                              LAURA M. FULTON (VA72885)
                              Assistant United States Attorney
                              303 Marconi Boulevard, Suite 200
                              Columbus, Ohio 43215
                              (614)469-5715; Fax: (614)469-5240
                              Laura.Fulton@usdoj.gov