UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W NAGEL
CLERK OF COURT

2018 JUL 23 PM 2: 03

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

United States of America
Plaintiff,

Case No: 2:14cr189
Judge Michael H. Watson

v.

Cynthia S. Mild
Defendant

## DEFENDANT'S MOTION TO TERMINATE PROBATION (COMMUNITY CONTROL)

NOW COMES the Defendant, Cynthia Sue Mild, to respectfully request that this Court terminate her Probation (Community Control) for the reasons further set forth in her Memorandum of Support below.

## MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO TERMINATE PROBATION (COMMUNITY CONTROL)

Defendant Cynthia S. Mild, in support of this motion, states:

1. Defendant was placed on probation on January 27, 2015,

2. The period of supervision was for five (5) years.

3. During that period of supervision, the Defendant has been in compliance with all terms of the probation and there have been no violation papers filed.

4. All conditions of the supervision have been followed.

   a. The Defendant has not possessed a firearm or destructive device.

   b. Standard Conditions

      i. Defendant has not left the judicial district without permission of the Court or probation officer.

      ii. Defendant has reported to the probation officer as directed by the Court or probation officer.

iii.       Defendant has answered truthfully all inquiries by the probation officer and followed all instructions of the probation officer.

iv.       Defendant has supported her dependents and has met her family responsibilities.

v.       Defendant has worked regularly at a lawful occupation. Early release from probation would allow Defendant to continue this career opportunity growth, and further the Defendant's income ability.

vi.       Defendant has made no changes to residence or employment, and therefore is in compliance of this requirement as no action was needed.

vii.       Defendant does not knowingly intake alcoholic beverages, nor has Defendant purchased, possessed, used, distributed or administered any narcotic or other controlled substance, or any paraphernalia related to such substances. Defendant regularly assists her child with the preparation of insulin for her child's Type I diabetes, which supports 4(b)(iv) of this document. Therefore Defendant is in possession of several insulin pen needles for this purpose only.

viii.       Defendant has not knowingly frequented any place where controlled substances are illegally sold, used, distributed or administered.

ix.       Defendant has not knowingly associated with any person or persons engaged in criminal activity, nor has Defendant knowingly associated with a person or persons convicted of a felony, nor has Defendant sought permission of the probation officer to make such association.

x.       Defendant has permitted probation officer to visit her home or elsewhere at any time. Defendant does not possess contraband and therefore probation officer has had no cause to confiscate same.

     xi.     Defendant received a citation for unknowingly making a left-hand turn during restricted hours. Defendant notified the probation officer of this violation within 24 hours. Defendant has had no further arrests or contact with law enforcement officers.

     xii.     Defendant has not entered into any agreement to act as an informer or special agent of any law enforcement agency, therefore Defendant has not sought permission of any court to do same.

     xiii.     Defendant has not been directed by the probation officer to notify any third parties of risks that may be occasioned by the Defendant's criminal record.

c. As per the special conditions:

     i. The Defendant paid the $100 special assessment.

     ii.     The Defendant submitted to the collection of a sample of DNA.

     iii.     The Defendant has paid her restitution as per the Agreement she signed. The Defendant's tax refund for the tax years 2016 and 2017 were secured for the restitution.

     iv.     The Defendant has provided all information, financial or otherwise, as requested by the probation officer.

5. It is my understanding that the probation/community control officer does not object to an early termination of supervision.

6. The probation/community control officer's name is Lakaisha Rayford.

7. Termination of probation would allow the Defendant to obtain her license through the State of Ohio to perform AoD counseling services. All of the necessary coursework for which to obtain this license has been completed by the Defendant. The only barrier from obtaining this licensure is that the Defendant is currently on probation in this matter. Once the Defendant's probation has been terminated, the final barrier to obtaining this

licensure shall be removed. The Defendant has been offered an employment opportunity once she has received her license. This has been a long-term goal of the Defendant and would allow the Defendant a better income stream and therefore a better opportunity to meet her required restitution obligations. Exhibit A is heretofore attached in support of this statement.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion and issue an Order terminating the probation/community control in this case.

Respectfully submitted,

 /s/ Cynthia Sue Mild
Defendant
2497 Tulane Court
Lewis Center OH 43035
(614) 402-9518

## CERTIFICATE OF SERVICE

I, Cynthia Sue Mild, certify that I served all parties have been served via regular mail on July 23, 2018.

/s/ Cynthia Sue Mild
Defendant

James D. Gilbert (0007624)
6065 Frantz Rd, Suite 105
Dublin, Ohio 43017
*Counsel for Defendant*

Daniel Allen Brown
US. Attorney's Office-2
303 Marconi Blvd., 2nd FL
Columbus, OH 43215
*Attorney for Plaintiff*

Brenda S. Shoemaker
US. Attorney's Office-2
303 Marconi Blvd., 2nd FL
Columbus, OH 43215
*Attorney for Plaintiff*

LaKaisha Rayford, LSW
U.S. Probation Office
U.S. Courthouse – Southern District of Ohio
85 Marconi Blvd.
Columbus, OH 43215
*Defendant's Probation Officer*

License Selection | eLicense

2:14cr189 USA v. Mild -- Exhibit A - P1

eLicense.Ohio.gov
(/OH_Home_Auth)



# License Selection

Select the Board for which you are seeking a license. Next, select the license type, individual license, and application type.

If you are applying with the Board of Pharmacy and are unsure of what license to apply for click here (/OH_LicenseQuestionnaire) to access the license questionnaire.

Select a Board

Chemical Dependency Professionals Board

Select a License

Chemical Dependency Counselor Assistant Preliminary

Select an Application Type

General Application

# Eligibility

By answering the following questions, eligibility for the license application will be determined. Confirmation will be noted if eligibility is met.

Are you at least 18 years of age?

○ Yes    ○ No

Are you presently incarcerated or on felony probation/parole?

○ Yes    ○ No

Do you have a high school diploma or GED?

○ Yes    ○ No

# Application Instructions

License Selection | eLicense

Provide the information necessary for the license application. Once finished, click which type of Save option desired.

2:14cr189 USA v. Mild -- Exhibit A - P2

CANCEL | SAVE AND CONTINUE

2:14cr189 USA v. Mild -- Exhibit A - P3



# CHEMICAL DEPENDENCY COUNSELOR ASSISTANT
## PHASE I EDUCATION GRID

Please list, in chronological order, your chemical dependency counseling education. To meet the requirements for Chemical Dependency Counselor Assistant certification, applicants must document forty (40) hours of chemical dependency specific education in the content areas listed below. The minimum number of hours in each area is identified. Fifty percent (50%) of this education must have been completed within the two (2) year period immediately prior to filing this application.

Verification of all education hours listed must be included with this application. Acceptable forms of verification include official transcripts, certificates of attendance or letters of verification.

Indicate the number of hours in each content area for which the education/training applies. The content areas are as follows:

1 - Theories of addiction (5 hours)
2 - Counseling procedures & strategies with addicted populations (14 hours)
3 - Group process & techniques working with addicted populations (5 hours)
4 - Assessment & diagnosis of addiction (3 hours)
5 - Relationship counseling with addicted populations (0 hours)

6 - Pharmacology (0 hours)
7 - Prevention strategies (0 hours)
8 - Treatment planning (7 hours)
9 - Legal & ethical issues pertaining to chemical dependency (6 hours)

| Date of training | Title of training | Total clock hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | TOTAL HOURS THIS PAGE | | | | | | | | | | |

One semester hour = 15 clock hours        One quarter hour = 10 clock hours

DUPLICATE THIS PAGE AS NEEDED AND INCLUDE WITH THE FORMAL APPLICATION

Last Updated 5/17

2:14cr189 USA v. Mild -- Exhibit A - P4



**AddictionCounselorCE**
HELPING ADDICTION PROFESSIONALS HELP OTHERS

# Your Exam History

## Exams already paid for but waiting to be taken

| COURSE ID | COURSE TITLE | HOURS | ACTION |
|---|---|---|---|

## Courses Taken to Date

| EXAM DATE | COURSE ID | COURSE TITLE | SCORE | HOURS | CERTIFICATE |
|---|---|---|---|---|---|
| Apr 26 2017 | 10131 | Assessment for Persons With Co-Occurring Disorders: Ch. 4 from Substance... (/courses/10131) | 95.0% | 4 | View (/certificate/469038/10131) <br> Modify (/modify_certificate/469038/10131) <br> Email (/email_certificate/469038/10131) |
| Apr 26 2017 | 101284 | HIPAA Compliance Assistance Summary of the HIPAA Privacy Rule (/courses/101284) | 93.0% | 3 | View (/certificate/469018/101284) <br> Modify (/modify_certificate/469018/101284) <br> Email (/email_certificate/469018/101284) |
| Apr 25 2017 | 101023 | Detoxification and Substance Abuse Treatment TIP 45 (/courses/101023) | 79.0% | 2 | View (/certificate/469002/101023) <br> Modify (/modify_certificate/469002/101023) <br> Email (/email_certificate/469002/101023) |
| Apr 25 2017 | 101461 | Treatment for Offenders Under Community Supervision (TIP 44, Chapter 10)... (/courses/101461) | 100.0% | 2 | View (/certificate/468999/101461) <br> Modify (/modify_certificate/468999/101461) <br> Email (/email_certificate/468999/101461) |

2:14cr189 USA v. Mild – Exhibit A - P5

Your Exam History - Addiction Course of CE

| EXAM DATE | COURSE ID | COURSE TITLE | SCORE | HOURS | CERTIFICATE |
|---|---|---|---|---|---|
| Apr 25 2017 | 101090 | Drug Counseling for Cocaine Addiction: The Collaborative Cocaine... Phase II: Psychoeducational Group Sessions (/courses/101090) | 89.0% | 5 | View (/certificate/468996/101090) Modify (/modify_certificate/468996/101090) Email (/email_certificate/468996/101090) |
| Apr 18, 2017 | 101621 | Managing Depressive Symptoms in Substance Abuse Clients During Early... From Managing Depressive Symptoms in Substance Abuse Clients During Early... (/courses/101621) | 92.0% | 5 | View (/certificate/469143/101621) Modify (/modify_certificate/469143/101621) Email (/email_certificate/469143/101621) |
| Apr 18, 2017 | 102080 | NAADAC Code of Ethics (/courses/102080) | 94.0% | 2 | View (/certificate/468097/102080) Modify (/modify_certificate/468097/102080) Email (/email_certificate/468097/102080) |
| Apr 3, 2017 | 9550 | Confidentiality of Mental Health Information: Ethical, Legal, and Policy Issues (/courses/9550) | 90.0% | 2 | View (/certificate/466363/9550) Modify (/modify_certificate/466363/9550) Email (/email_certificate/466363/9550) |
| Jan 29, 2017 | 101724 | FAQs About Applying Substance Abuse Confidentiality Regulations- 42 CFR Part 2 (/courses/101724) | 93.0% | 2 | View (/certificate/457191/101724) Modify (/modify_certificate/457191/101724) Email (/email_certificate/457191/101724) |

2:14cr189 USA v. Mild -- Exhibit A - P6

Your Exam History - Addiction Counselor CE

| EXAM DATE | COURSE ID | COURSE TITLE | SCORE | HOURS | CERTIFICATE |
|---|---|---|---|---|---|
| Jan 25 2017 | 101744 | Substance Abuse Treatment for Women (TIP 51, Chapter 7) From Substance Abuse Treatment Addressing the Specific Needs of Women (TIP 51) (/courses/101744) | 95.0% | 4 | View (/certificate/456739/101744) Modify (/modify_certificate/456739/101744) Email (/email_certificate/456739/101744) |
| Jan 24, 2017 | 101479 | Principles of Drug Abuse Treatment for Criminal Justice Populations A Research-Based Guide (/courses/101479) | 92.0% | 2 | View (/certificate/456609/101479) Modify (/modify_certificate/456609/101479) Email (/email_certificate/456609/101479) |
| Jan 24, 2017 | 101651 | Treatment of Co-Occurring Alcohol and Other Drug Use Disorders (/courses/101651) | 100.0% | 1 | View (/certificate/456605/101651) Modify (/modify_certificate/456605/101651) Email (/email_certificate/456605/101651) |
| Jan 24, 2017 | 102018 | Principles of Drug Addiction Treatment A Research Based Guide (/courses/102018) | 94.0% | 2 | View (/certificate/456594/102018) Modify (/modify_certificate/456594/102018) Email (/email_certificate/456594/102018) |
| Jan 23 2017 | 101655 | Neurobiology of Alcohol Dependence Focus on Motivational Mechanisms (/courses/101655) | 75.0% | 1 | View (/certificate/456500/101655) Modify (/modify_certificate/456500/101655) Email (/email_certificate/456500/101655) |

Your Exam History - Addiction Counselor CE

| EXAM DATE | COURSE ID | COURSE TITLE | SCORE | HOURS | CERTIFICATE |
|-----------|-----------|--------------|-------|-------|-------------|
| Jan 25, 2017 | 101138 | A Brief Overview of Specific Mental Disorders and Cross-Cutting Issues... (/courses/101138) | 92.0% | 4 | View (/certificate/456499/101138) Modify (/modify_certificate/456499/101138) Email (/email_certificate/456499/101138) |

Only the most recent 10 courses are shown   Hide Older Courses (/members/history/all)

« Members Home (/members)

You can use Addiction Counselor CE for all of your Continuing Education credit hours. Record non-Addiction Counselor CE hours here using the **Add Record** button, then print out all your CE records for a selected time period using the **Export Report** button.

## Non-Addiction Counselor CE Hours

| COURSE TITLE | HOURS | DATE | PRESENTER/PROVIDER | FORMAT | COMMENTS | ACTION |
|--------------|-------|------|--------------------|--------|----------|--------|

No third-party exams entered

Add Record (/members/add_third_party)

Export Report (/members/export_history)

Follow @addictionce on Twitter (http://twitter.com/addictionce)
Connect on Facebook (https://www.facebook.com/pages/AddictionCounselorCEcom/300529643320608)
Terms of Service (/info/policies)
Privacy Policy (/info/privacy)
Contact Us (/contact)

Copyright © 2018 CE Learning Systems LLC

https://secure.addictioncounselorce.com/members/exam_history