IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.  2:14 CR 189 |
| | : | JUDGE WATSON |
| CYNTHIA S. MILD | : | |

GOVERNMENT RESPONSE TO DEFENDANT'S MOTION TO TERMINATE PROBATION

Defendant CYNTHIA S. MILD has filed a motion to terminate her previously imposed 5-year term of probation.  The government has no objection to the Court's granting this motion.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Daniel A. Brown
DANIEL A. BROWN  (0023147)
Assistant United States Attorney
303 Marconi Blvd., Suite 200
Columbus, Ohio  43215
(614) 469-5715
dan.brown@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing government response was served this 2d day of August, 2018, by regular mail upon Cynthia Sue Mild, 2497 Tulane Court, Lewis Center, Ohio 43035.

s/Daniel A. Brown
DANIEL A. BROWN  (0023147)
Assistant U.S. Attorney