# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

United States of America,

    Plaintiff,

    v.                                           Case No. 2:14-cr-189

Cynthia S. Mild,                     Judge Michael H. Watson

    Defendant.

## ORDER

Cynthia S. Mild ("Defendant") moves for early termination of probation. ECF No. 26. On January 27, 2015, Defendant was sentenced to a five year term of probation and was ordered to pay $357,000 in restitution. ECF No. 16; ECF No. 17.

Defendant maintains that she has fully complied with the terms of her probation and that termination of probation will allow her to obtain her license to perform chemical dependency counseling services. ECF No. 26.

The Assistant United States Attorney does not oppose Defendant's motion. ECF No. 27. The Court also confirmed with the United States Probation Officer charged with supervising Defendant that there is no objection to Defendant's motion. Defendant and the government have entered into a consent agreement whereby Defendant agrees to continue to make payments for restitution that she still owes.

Pursuant to 18 U.S.C. § 3564(c), a court, after considering relevant 18 U.S.C. § 3553(a) factors, may "terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or . . . after the expiration of one year of probation in the case of a felony." After reflecting on the relevant §3553(a) factors, the Court is satisfied that termination of Defendant's probation is warranted by the conduct of the Defendant and the interest of justice.

Upon consideration, the Court **GRANTS** the Defendant's unopposed motion for termination of probation. ECF No. 26. Defendant's probation is terminated effective immediately.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**